Dear Judge howard I am here today to take full responsibility for my actions I know I was wrong for what I did If I could change it I would but let me tell you a little about myself I was raised in Lawtey FL almost a whole life I want to get my ged and my mechanic licence and besniess licerce to open up my own counciting besniess I like to help people and I want to apoligize to the victom my papa needs me home to take care of him and the probtrty and I don't want to have another phone or computer and you will never see me again I have learned my lesson and I want to apoligize to you for having to sentence me I didn't realize how much trouble it could get me into sir or crews