# Union County School District
# Individual Educational Plan (IEP) - DAWSON CREWS

## Student Information

| | | | |
|---|---|---|---|
| Date of IEP Meeting: | **02/11/2014** | School: | **LAKE BUTLER MIDDLE SCHOOL** |
| Student: | **DAWSON CREWS** | Student Number: | **6300016871** |
| Date of Birth: | **04/22/1998** | Age: | **15 Years 10 Months** |
| Address: | **P.O. Box 43**<br>**Raiford, Florida 32083** | Grade: | **08** |
| Parent/Guardian 1: | **Charity Crews** | Initiation Date of IEP: | **02/11/2014** |
| Parent/Guardian 2: | | Duration Date: | **02/11/2015** |
| Purpose of Meeting: | **Annual Review, Transition, Manifestation Determination, Other** | Review Due Date: | **02/11/2015** |
| Other: | **change of placement** | Reevaluation Due Date: | **03/05/2015** |
| Primary Exceptionality: | **Specific Learning Disabled** | | |
| Additional Exceptionality: | **Language Impaired** | | |

## Special Considerations

In considering the following factors, if the IEP team determines that a student needs a particular device or service, including an intervention, accommodation, or program modification, the IEP must include a statement to that effect in the development of the IEP.

| Y | N | |
|---|---|---|
| X | | Does the student's behavior impede his/her learning or the learning of others? |
| X | | If yes, does the student have a functional behavior assessment (FBA) and/or behavior intervention plan (BIP)? |
| | | If there is not a FBA/BIP, the use of positive behavioral interventions, strategies and supports must be considered in the development of this IEP. |
| | X | Does the student have limited English proficiency? |
| | | If the student does have limited English proficiency, describe how the student's language needs are being addressed: |
| | X | Is the student blind or visually impaired? |
| | | If yes, is instruction in Braille or the use of Braille appropriate? |
| X | | Does the student have communication needs? If yes, those needs must be addressed in this IEP. |
| | X | Is the student deaf or hard-of-hearing? |
| | | If yes, the following opportunities for direct communication with peers and professionals in the student's language are needed:<br>**N/A** |
| | | If yes, the following opportunities for direct instruction in the student's language are needed:<br>**N/A** |
| | X | Does the student need assistive technology devices or services? |
| | X | Does the student require instruction or the provision of information in the area of self-determination? |
| | | The student is pursuing a course of study leading to:<br>**Standard Diploma** |
| | | The student's access to physical education is:<br>**Regular** |

## Domains / Transition Service Activity Area

The student's needs that result from his or her disability are addressed in present level statements and goals for the following domains or transition service activity areas:

| Y | N | Domains | Y | N | Transition Service Activity Area |
|---|---|---|---|---|---|
| X | | Curriculum and Learning Environment | X | | Instruction |
| | X | Independent Functioning | | X | Related Services |
| X | | Communication | | X | Community Experience |
| X | | Social/Emotional Behavior | X | | Employment |
| | X | Health Care | | X | Post-School Adult Living |
| | | | | X | Daily Living, if appropriate |
| | | | | X | Functional Vocational Evaluation, if appropriate |

## General Factors and Assessment Data

Parent input was obtained through: **Prior communication via phone call**

The parents' concerns for enhancing the education of the student:

**Mom is concerned that Dawson is not completing work. He is still dealing with the loss of family members. He has had a lot of family changes lately (step-dad moving out). Mom also indicated that she would like to check with Dawson's doctor about being evaluated for bipolar disorder, due to recent / ongoing behaviors and a family history.**

**She would also like him to be in counseling and have a strong male role model. She is also concerned about his outbursts increasing in frequency and violence as time goes on.**

Health Concerns:

**None**

Results of other statewide or districtwide assessments (e.g. Florida Comprehensive Achievement Test; Florida Alternate Assessment):

**STAR 3.1-4.7**
**FAIR 27%; comprehension 24%, maze 22%, word analysis 18%**
**PM (1st) Math 38%; reading 40%**
**PM (2nd) Math 28%; SC 34%**

Interagency responsibilities or linkages, if needed:

**NA**



FCAT 2.0
Florida Comprehensive Assessment Test®

Reading and Mathematics
Student Report
Spring 2012
Grade 7

DAWSON CREWS
ID XXXXX2435X
School 0022 - LAKE BUTLER MIDDLE SCHOOL
District 63 - UNION

# Your Student's 2012 Reading Scores

## FCAT 2.0 Reading Score

| Level | Range |
|---|---|
| Level 5 | 258-289 |
| Level 4 | 243-257 |
| Level 3 | 228-242 |
| Level 2 | 213-227 |
| Level 1 | 171-212 |

Satisfactory 228

206

Your student's FCAT 2.0 Reading Score is **206**, which is in **Level 1** for Reading.

*El puntaje del FCAT 2.0 de Lectura de su estudiante es **206**, compatible con el Nivel **1** en Lectura.*

*Nòt elèv ou a fè pou tès FCAT 2.0 nan Lekti se **206**, ki nan Nivo **1** pou Lekti*

The FCAT 2.0 Reading Score shows your student's achievement on the day he or she was tested. If your student had taken this test again on the same day, it is likely that his or her Spring 2012 FCAT 2.0 Reading Score would have been between 200 and 212.

| Content Areas | Points Earned | Points Possible | State Mean |
|---|---|---|---|
| **Vocabulary –** Uses multiple strategies to determine the meaning of grade-appropriate vocabulary words. | 8 | 9 | 6 |
| **Reading Application –** Uses a variety of strategies to comprehend text suitable for the grade level. | 4 | 15 | 11 |
| **Literary Analysis: Fiction and Nonfiction –** Identifies, analyzes, and applies knowledge of the elements of a variety of literary texts, both fiction and nonfiction. | 6 | 10 | 8 |
| **Informational Text and Research Process –** Comprehends and interprets informational text from a variety of sources. | 3 | 11 | 7 |

***Vocabulario** – Usa estrategias múltiples para determinar el significado de las palabras del vocabulario apropiadas al grado.*

***Aplicación de lectura** – Usa una variedad de estrategias para comprensión de textos adecuados al nivel de grado.*

***Análisis literario: Ficción y no ficción** – Identifica, analiza y aplica el conocimiento de los elementos de diversos textos literarios, tanto de ficción como de no ficción.*

***Texto informativo y proceso de investigación** – Comprende e interpreta texto informativo de una variedad de fuentes.*

***Vokabilè** – Itilize plizyè estrateji pou detèmine siyifikasyon mo vokabilè ki apwopriye pou klas elèv yo.*

***Aplikasyon Lekti** – Itilize plizyè estrateji pou konprann tèks ki apwopriye pou nivo klas la.*

***Analiz literè: Woman ak Istwa reyèl** – Idantifye, analize epi aplike konesans eleman yon varyete tèks literè, ki ni fiksyon ni istwa reyèl.*

***Tèks enfòmatif ak Pwosedi pou fè rechèch** – Konprann epi entèprete tèks enfòmatif apatide yon varyete sous.*

## Achievement Levels

Five categories describe the success students have with the content tested on FCAT 2.0 Reading.

**Level 5 –** Indicates mastery of the most challenging content of the NGSSS.

**Level 4 –** Indicates an above satisfactory level of success with the challenging content of the NGSSS.

**Level 3 –** Indicates a satisfactory level of success with the challenging content of the NGSSS.

**Level 2 –** Indicates a below satisfactory level of success with the challenging content of the NGSSS.

**Level 1 –** Indicates an inadequate level of success with the challenging content of the NGSSS.

The score ranges for Achievement Levels are different for each grade. Achievement Level ranges for all grades are available from school guidance counselors.

Document Code: 497600576

Your Student's Reading Scores Over Time
Year Tested
2011*
2012
Grade Tested
6
7
300
250
200
150
100
FCAT 2.0 Score
FCAT 2.0 Score
190
206
Achievement Level
1
1
*If your student tested and received a score in 2011, his or her score has been placed on the new FCAT 2.0 reporting scale, which is based on new standards. Because a different scale was used to report scores in Spring 2011, the converted 2011 score is being provided so that your student's performance can be shown on the new scale.
Key
Your student's score was satisfactory this year.
Your student's score was not satisfactory this year.
— Satisfactory score
NF Not Found

060612 Z0318200-630022-0009236



Reading and Mathematics
Student Report
Spring 2012
Grade 7

DAWSON CREWS
ID XXXXX2435X
School 0022 - LAKE BUTLER MIDDLE SCHOOL
District 63 - UNION

## Your Student's 2012 Mathematics Scores

### FCAT 2.0 Mathematics Score

| Level | Range |
|---|---|
| Level 5 | 261-292 |
| Level 4 | 248-260 |
| Level 3 | 234-247 |
| Level 2 | 220-233 |
| Level 1 | 179-219 |

Satisfactory 234

216

Your student's FCAT 2.0 Mathematics Score is **216**, which is in **Level 1** for Mathematics.

*El puntaje del FCAT 2.0 de Matemáticas de su estudiante es **216**, compatible con el Nivel **1** en Matemáticas.*

*Nòt elèv ou a fè pou tès FCAT 2.0 nan Matematik se **216**, ki nan Nivo **1** pou Matematik.*

The FCAT 2.0 Mathematics Score shows your student's achievement on the day he or she was tested. If your student had taken this test again on the same day, it is likely that his or her Spring 2012 FCAT 2.0 Mathematics Score would have been between 210 and 222.

| Content Areas | Points Earned | Points Possible | State Mean |
|---|---|---|---|
| **Number: Base Ten –** Solves real-world problems using operations on rational numbers and uses different strategies to solve linear equations. | 4 | 11 | 6 |
| **Ratios and Proportional Relationships –** Solves problems using ratios and applies proportional relationships to real-world and mathematical situations. | 3 | 12 | 7 |
| **Geometry and Measurement –** Solves problems involving figures on a coordinate plane and the volume and surface area of three-dimensional figures. Compares and converts units of measure. | 4 | 13 | 7 |
| **Statistics and Probability –** Analyzes graphs and makes generalizations from population samples. Determines and uses probability to make predictions. | 4 | 8 | 5 |

***Números: Base diez*** *– Resuelve problemas del mundo real usando operaciones con números racionales y usa diferentes estrategias para resolver ecuaciones lineales.*

***Razones y relaciones proporcionales*** *– Resuelve problemas usando razones y aplica relaciones proporcionales a situaciones matemáticas y del mundo real.*

***Geometría y medición*** *– Resuelve problemas con figuras en un plano de coordenadas y volumen y superficie de figuras tridimensionales. Compara y convierte unidades de medida.*

***Estadística y probabilidad*** *– Analiza gráficos y realiza generalizaciones a partir de muestras poblacionales. Determina y usa la probabilidad para hacer predicciones.*

***Chif: Baz dis*** *– Itilize operasyon sou nonm rasyonèl pou rezoud pwoblèm nan monn reyèl epi itilize plizyè estrateji diferan pou rezoud ekwasyon lineyè.*

***Rapò ak relasyon pwopòsyonèl*** *– Rezoud pwoblèm annitilizan rapò epi aplike relasyon pwopòsyonèl nan sitiyasyon nan monn reyèl ak sitiyasyon matematik.*

***Jewometri ak mezi*** *– Rezoud pwoblèm ki konsène figi sou yon plan kowòdone ak volim ak sipèfisi yon figi a twa (3) dimansyon. Konpare epi konvèti inite mezi.*

***Estatistik ak Pwobabilite*** *– Analize grafik epi tabli jeneralizasyon apatide echantiyon popilasyon. Detèmine epi itilize pwobabilite pou fè prediksyon.*

## Achievement Levels

Five categories describe the success students have with the content tested on FCAT 2.0 Mathematics.

**Level 5 –** Indicates mastery of the most challenging content of the NGSSS.

**Level 4 –** Indicates an above satisfactory level of success with the challenging content of the NGSSS.

**Level 3 –** Indicates a satisfactory level of success with the challenging content of the NGSSS.

**Level 2 –** Indicates a below satisfactory level of success with the challenging content of the NGSSS.

**Level 1 –** Indicates an inadequate level of success with the challenging content of the NGSSS.

The score ranges for Achievement Levels are different for each grade. Achievement Level ranges for all grades are available from school guidance counselors.

Document Code: 497600576

### Your Student's Mathematics Scores Over Time

| | | |
|---|---|---|
| Year Tested | 2011* | 2012 |
| Grade Tested | 6 | 7 |
| FCAT 2.0 Score | 211 | 216 |
| Achievement Level | 1 | 1 |

FCAT 2.0 Score (chart axis: 300, 250, 200, 150, 100)

*If your student tested and received a score in 2011, his or her score has been placed on the new FCAT 2.0 reporting scale, which is based on new standards. Because a different scale was used to report scores in Spring 2011, the converted 2011 score is being provided so that your student's performance can be shown on the new scale.

**Key**
- Your student's score was satisfactory this year.
- Your student's score was not satisfactory this year.
- — Satisfactory score
- NF Not Found

Copyright © 2012 State of Florida, Department of State

2011 FCAT 2.0 Florida Comprehensive Assessment Test® Spring 2011

Reading and Mathematics Student Report Grade 6

DAWSON CREWS
ID XXXXX2435X
School 0022 - LAKE BUTLER MIDDLE SCHOOL
District 63 - UNION

## Your Student's 2011 Reading Scores

### FCAT Reading Equivalent Score

| Level | Range |
|---|---|
| Level 5 | 2126-2758 |
| Level 4 | 1860-2125 |
| Level 3 | 1622-1859 |
| Level 2 | 1450-1621 |
| Level 1 | 539-1449 |

On grade level 1622

1160

Your student's FCAT Reading Equivalent Score is **1160,** which is in **Level 1** for Reading.

*El puntaje equivalente del FCAT de Lectura de su estudiante es* ***1160****, compatible con el Nivel de rendimiento* ***1*** *en Lectura.*

*Nòt elèv ou a fè pou Ekivalan FCAT nan Lekti se* ***1160****, ki nan Nivo* ***1*** *Rannman pou Lekti.*

The FCAT Reading Equivalent Score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her FCAT Reading Equivalent Score would be between 1044 and 1276.

| Content Areas | Points Earned | Points Possible | State Mean |
|---|---|---|---|
| **Vocabulary –** Uses multiple strategies to determine the meaning of grade-appropriate vocabulary words. | 5 | 8 | 6 |
| **Reading Application –** Uses a variety of strategies to comprehend text suitable for the grade level. | 3 | 17 | 10 |
| **Literary Analysis: Fiction and Nonfiction –** Identifies, analyzes, and applies knowledge of the elements of a variety of literary texts, both fiction and nonfiction. | 3 | 12 | 8 |
| **Informational Text and Research Process –** Comprehends and interprets informational text from a variety of sources. | 2 | 8 | 5 |

***Vocabulario:*** *Usa estrategias múltiples para determinar el significado de las palabras del vocabulario apropiadas al grado.*

***Aplicación de lectura:*** *Usa una variedad de estrategias para comprensión de textos adecuados al nivel de grado.*

***Análisis literario - ficción y no ficción:*** *Identifica, analiza y aplica el conocimiento de los elementos de diversos textos literarios tanto de ficción como de no ficción.*

***Texto Informativo y proceso de investigación:*** *Comprende e interpreta texto informativo de una variedad de fuentes.*

***Vokabilè:*** *Itilize plizyè estrateji pou detèmine siyifikasyon mo vokabilè ki nan nivo klas la.*

***Aplikasyon Lekti:*** *Itilize yon varyete estrateji pou konprann tèks ki apwopriye pou nivo klas la.*

***Analiz literè - Woman ak Istwa reyèl:*** *Idantifye, analize epi montre konesans li de eleman literè yo nan yon varyete tèks, ki ni woman ni istwa reyèl.*

***Tèks enfòmasyonèl ak pwosesis rechèch:*** *Konprann epi entèprete tèks enfòmatif apatide yon varyete sous.*

## Achievement Levels

Five categories describe the success students have with the content tested on FCAT Reading. In order to be considered on grade level, students must achieve Level 3 or higher.

- **Level 5 –** indicates success with the content on the FCAT by answering most questions correctly.
- **Level 4 –** indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.
- **Level 3 –** indicates partial success with the content on the FCAT.
- **Level 2 –** indicates limited success with the content on the FCAT.
- **Level 1 –** indicates little success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade. Achievement Level ranges for all grades are available from school guidance counselors.

Document Code: 333900326

### Your Student's Reading Scores Over Time

| Year Tested | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| Grade Tested | 3 | 4 | 5 | 6 |
| FCAT Score | 1136 | 1297 | 1291 | 1160 |
| Achievement Level | 2 | 1 | 1 | 1 |

FCAT/FCAT Equivalent Score: 3000, 2500, 2000, 1500, 1000, 500, 0

**Key** Your student's score was on grade level this year. Your student's score was not on grade level this year. — On grade level score. NF Not Found



Reading and Mathematics
Student Report
Grade 6

DAWSON CREWS
ID XXXXX2435X
School 0022 - LAKE BUTLER MIDDLE SCHOOL
District 63 - UNION

## Your Student's 2011 Mathematics Scores

### FCAT Mathematics Equivalent Score

| Level | Range |
|---|---|
| Level 5 | 2019-2492 |
| Level 4 | 1860-2018 |
| Level 3 | 1692-1859 |
| Level 2 | 1554-1691 |
| Level 1 | 770-1553 |

On grade level 1692

1532

Your student's FCAT Mathematics Equivalent Score is **1532,** which is in **Level 1** for Mathematics.

*El puntaje equivalente del FCAT de Matemáticas de su estudiante es **1532**, compatible con el Nivel de rendimiento **1** en Matemáticas.*

*Nòt elèv ou a fè pou Ekivalan FCAT nan Matematik se **1532**, ki nan Nivo **1** Rannman pou Matematik.*

The FCAT Mathematics Equivalent Score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her FCAT Mathematics Equivalent Score would be between 1463 and 1601.

| Content Areas | Points Earned | Points Possible | State Mean |
|---|---|---|---|
| **Fractions, Ratios, Proportional Relationships, and Statistics –** Multiplies and divides fractions and decimals, including solving rate and ratio problems. Analyzes and determines measures of central tendency and variability. | 5 | 18 | 10 |
| **Expressions and Equations –** Evaluates expressions, equations, and inequalities. Uses algebraic notation to describe linear functions and simple relations. | 7 | 17 | 11 |
| **Geometry and Measurement –** Solves and analyzes problems involving perimeter, area of two-dimensional figures, and volume of prisms. | 1 | 9 | 4 |

***Fracciones, Razones, relaciones proporcionales, y Estadísticas:*** *Multiplica y divide fracciones y números decimales; resuelve problemas de tasas y razones. Analiza y determina mediciones de tendencia central y variabilidad.*

***Expresiones y ecuaciones:*** *Evalúa expresiones, ecuaciones y desigualdades. Usa notación algebraica para describir funciones lineales y relaciones simples.*

***Geometría y medición:*** *Resuelve y analiza problemas de perímetros, superficie de figuras de dos dimensiones y volumen de prismas.*

***Fraksyon, rapò, relasyon pwopòsyonèl, ak estatistik:*** *Miltipliye epi divize fraksyon ak desimal avèk tou rezoud pwoblèm to ak rapò. Analize epi detèmine mezi tandans santral ak varyabilite.*

***Ekspresyon ak Ekwasyon:*** *Evalye ekspresyon, ekwasyon ak inegalite. Sèvi ak notasyon aljebrik pou dekri fonksyon lineyè ak relasyon senp.*

***Jewometri ak Mezi:*** *Rezoud epi analize pwoblèm ki konsène perimèt, sifas figi a de (2) dimansyon ak volim prism.*

## Achievement Levels

Five categories describe the success students have with the content tested on FCAT Mathematics. In order to be considered on grade level, students must achieve Level 3 or higher.

**Level 5 –** indicates success with the content on the FCAT by answering most questions correctly.

**Level 4 –** indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.

**Level 3 –** indicates partial success with the content on the FCAT.

**Level 2 –** indicates limited success with the content on the FCAT.

**Level 1 –** indicates little success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade. Achievement Level ranges for all grades are available from school guidance counselors.

Document Code: 333900326

| | | | | |
|---|---|---|---|---|
| Year Tested | 2008 | 2009 | 2010 | 2011 |
| Grade Tested | 3 | 4 | 5 | 6 |
| FCAT Score | 1087 | 1136 | 1470 | 1532 |
| Achievement Level | 2 | 1 | 2 | 1 |

**Key** Your student's score was on grade level this year. Your student's score was not on grade level this year. — On grade level score **NF** Not Found

Copyright © 2011 State of Florida, Department of State



Spring 2010

Reading and Mathematics
Student Report
Grade 5

DAWSON CREWS
ID XXXXX2435X
School 0022 - LAKE BUTLER MIDDLE SCHOOL
District 63- UNION

## Your Student's 2010 Mathematics Scores

### FCAT Mathematics Score

| Level | Range |
|---|---|
| Level 5 | 1957-2456 |
| Level 4 | 1769-1956 |
| Level 3 | 1632-1768 |
| Level 2 | 1452-1631 |
| Level 1 | 569-1451 |

On grade level 1632

1470

Your student's FCAT score is **1470**, which is in achievement **Level 2** for Mathematics.

*La calificación del FCAT de su estudiante es **1470** y su nivel de rendimiento para las Matemáticas es **2**.*

*Nòt FCAT elèv ou a se **1470**, ki nan Nivo rannman **2** pou Matematik.*

The FCAT score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her Mathematics score would be between 1409 and 1531.

| Content Areas | Points Earned | Points Possible | State Mean |
|---|---|---|---|
| **Number Sense, Concepts, and Operations:** Uses number concepts and computation skills. | 4 | 13 | 8 |
| **Measurement:** Solves problems involving measurements, e.g., time, weight, length, area. | 2 | 11 | 6 |
| **Geometry and Spatial Sense:** Analyzes and combines shapes to solve problems. | 6 | 13 | 7 |
| **Algebraic Thinking:** Analyzes patterns and uses equations and inequalities. | 4 | 11 | 6 |
| **Data Analysis and Probability:** Uses data analysis tools to display information, make predictions, and make inferences. | 2 | 12 | 7 |

***Sentido Numérico, Conceptos y Operaciones:*** *Usa conceptos numéricos y destrezas para calcular.*

***Medidas:*** *Soluciona problemas que conllevan medidas, por ejemplo, tiempo, peso, largo, área.*

***Geometría y Sentido del Espacio:*** *Analiza y combina formas para solucionar problemas.*

***Razonamiento Algebraico:*** *Analiza patrones y usa ecuaciones y desigualdades.*

***Análisis de Datos y Probabilidad:*** *Usa análisis de datos para representar información, y hacer predicciones e inferencias.*

***Sans Chif, Nosyon, ak Operasyon:*** *Sèvi ak nosyon chif epi ak konpetans pou kalkile.*

***Mezi:*** *Rezoud pwoblèm kote gen mezi, tankou tan, pwa, longè, sipèfisi.*

***Jeometri ak Sans Espasyal:*** *Analize ak mete fòm ansanm pou rezoud pwoblèm.*

***Reflechi avèk Aljèb:*** *Analize tandans, epi sèvi avèk ekwasyon ak inegalite.*

***Analiz Done ak Pwobabilite:*** *Sèvi avèk zouti pou analize done, pou montre enfòmayson, ak fè prediksyon, ak fè enferans.*

### Achievement Levels

Five categories describe the success students have with the content tested on FCAT Mathematics. In order to be considered on grade level, students must achieve Level 3 or higher.

**Level 5 –** indicates success with the content on the FCAT by answering most questions correctly.

**Level 4 –** indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.

**Level 3 –** indicates partial success with the content on the FCAT.

**Level 2 –** indicates limited success with the content on the FCAT.

**Level 1 –** indicates little or no success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade. Achievement Level ranges for all grades are available from school guidance counselors.

Document Code: 092900321

### Your Student's Mathematics Scores Over Time

| | 2008 | 2009 | 2010 |
|---|---|---|---|
| Year Tested | 2008 | 2009 | 2010 |
| Grade Tested | 3 | 4 | 5 |
| FCAT Score | 1087 | 1136 | 1470 |
| Achievement Level | 2 | 1 | 2 |

Key
- Your student's score was on grade level this year.
- Your student's score was not on grade level this year.
- — On grade level score
- NF Not Found

Copyright © 2010 State of Florida Department of State



2010
FCAT
Florida Comprehensive Assessment Test

Spring 2010

Reading and Mathematics
Student Report
Grade 5

DAWSON CREWS
ID XXXXX2435X
School 0022 - LAKE BUTLER MIDDLE SCHOOL
District 63- UNION

## Your Student's 2010 Reading Scores

### FCAT Reading Score

| Level | Range |
|---|---|
| Level 5 | 2059-2713 |
| Level 4 | 1762-2058 |
| Level 3 | 1510-1761 |
| Level 2 | 1342-1509 |
| Level 1 | 474-1341 |

On grade level 1510

1291

Your student's FCAT score is **1291**, which is in achievement **Level 1** for Reading.

*La calificación del FCAT de su estudiante es **1291** y su nivel de rendimiento para la lectura es **1**.*

*Nòt FCAT elèv ou a se **1291**, ki nan Nivo rannman **1** pou Lekti.*

The FCAT score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her Reading score would be between 1185 and 1397.

| Content Areas | Points Earned | Points Possible | State Mean |
|---|---|---|---|
| **Words and Phrases in Context:** Uses skills to determine word meaning, including word parts and relationships between words. | 2 | 6 | 3 |
| **Main Idea, Plot, and Purpose:** Determines a stated or implied essential message, details author's purpose or plot. | 9 | 22 | 15 |
| **Comparisons and Cause/Effect:** Knows similar and different, cause and effect, and compare and contrast. | 7 | 14 | 10 |
| **Reference and Research:** Uses information from a variety of sources to reach conclusions. | 1 | 3 | 2 |

***Palabras y Frases en Contexto:*** *Usa las destrezas para determinar el significado de las palabras, incluyendo sus partes y las relaciones entre las palabras.*

***Idea Principal, Trama y Propósito:*** *Determina un mensaje esencial claro o implícito, desglosa el propósito del autor o la trama.*

***Comparaciones y Causa y Efecto:*** *Sabe qué es parecido y diferente, causa y efecto, y comparaciones y contrastes.*

***Referencias e Investigación:*** *Usa información de varias fuentes para llegar a conclusiones.*

***Mo ak Fraz nan yon Kontèks:*** *Sèvi ak konpetans ki defini sans mo, tankou pati nan mo yo ak relasyon ant mo yo.*

***Lide Prensipal, Istwa, ak Objektif:*** *Defini yon mesaj klè oubyen enplisit, bay detay sou objektif otè a oswa istwa a.*

***Konparezon ak Lakòz/Konsekans:*** *Konnen sa ki menm ak sa ki diferan, sa ki yon kòz ak sa ki yon konsekans, epi konpare ak kontraste.*

***Referans ak Rechèch:*** *Sèvi ak enfòmayson ki soti nan plizyè sous pou rive nan yon konklizyon.*

### Achievement Levels

Five categories describe the success students have with the content tested on FCAT Reading. In order to be considered on grade level, students must achieve Level 3 or higher.

**Level 5 –** indicates success with the content on the FCAT by answering most questions correctly.

**Level 4 –** indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.

**Level 3 –** indicates partial success with the content on the FCAT.

**Level 2 –** indicates limited success with the content on the FCAT.

**Level 1 –** indicates little or no success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade. Achievement Level ranges for all grades are available from school guidance counselors.

Document Code: 092800168

### Your Student's Reading Scores Over Time

| Year Tested | 2008 | 2009 | 2010 |
|---|---|---|---|
| Grade Tested | 3 | 4 | 5 |
| FCAT Score | 1136 | 1297 | 1291 |
| Achievement Level | 2 | 1 | 1 |

FCAT Score: 3000, 2500, 2000, 1500, 1000, 500, 0

Key
- Your student's score was on grade level this year.
- Your student's score was not on grade level this year.
- — On grade level score
- NF Not Found



2010
FCAT
Florida Comprehensive Assessment Test

Spring 2010

Science
Student Report
Grade 5

DAWSON CREWS
ID XXXXX2435X
School 0022 - LAKE BUTLER MIDDLE SCHOOL
District 63- UNION

## Your Student's Science Content Scores

The chart below gives more specific information about your student's performance in the content areas tested by FCAT Science. Information about the skills covered by these content areas is also provided.

| Content Areas | Points Earned | Points Possible | State Mean |
|---|---|---|---|
| **Physical and Chemical Sciences:** Explains the properties and interactions of matter, analyzes the flow of energy through a system, and predicts the effects of forces on an object. | 11 | 14 | 9 |
| **Earth and Space Sciences:** Explains Earth's changes over time, including geologic patterns, the rock cycle, and weather systems; also describes the interaction of the Sun, planets, and satellites in our solar system and the universe. | 1 | 10 | 7 |
| **Life and Environmental Sciences:** Identifies and explains characteristics of plants and animals and the environment, including life processes, conservation of resources, and the interdependence of organisms and systems. | 6 | 13 | 8 |
| **Scientific Thinking:** Applies scientific processes to problem solving, predicts events based on patterns within systems, and explains the impact of technology on society. | 6 | 14 | 9 |

***Física y Química:*** *Explica las propiedades e interacciones de la materia, analiza el flujo de energía a través de un sistema, y predice los efectos de las fuerzas sobre un objeto.*

***Ciencias de la Tierra y el Espacio:*** *Explica los cambios en la tierra a lo largo del tiempo, incluyendo los patrones geológicos, el ciclo de las rocas, y los sistemas climáticos; también describe la interacción del sol, los planetas, y los satélites en nuestro sistema solar y el universo.*

***Las Ciencias Biológicas y Ambientales:*** *Identifica y explica las características de las plantas y animales y el medio ambiente, incluyendo los procesos biológicos, la conservación de los recursos, y la interdependencia entre los organismos y los sistemas.*

***Razonamiento Científico:*** *Aplica procesos científicos a la solución de problemas, predice eventos basados en patrones sistémicos, y explica el impacto de la tecnología en la sociedad.*

***Syans Fizik ak Chimi :*** *Li esplike pwopriyete avèk entèraksyon lamatyè, analize pasaj enèji a atravè yon sistèm, e prevwa efè fòs sa yo sou yon objè.*

***Syans Latè ak Syans Lespas :*** *Li esplike chanjman ki rive ofi-e-amezi sou Latè, pami yo fòmasyon jewolojik, sik wòch yo ak sistèm lameteyo; li dekri tou entèraksyon Solèy la, planèt yo ak satelit yo nan sistèm solè nou an e nan linivè.*

***Syans biyolojik ak anviwònman :*** *Li idantifye e esplike karakteristik plant, bèt ak anviwònman an, e pami yo pwosesis lavi, pwoteksyon resous yo ak entèdepandans òagnism ak sistèm yo.*

***Refleksyon syantifik :*** *Li aplike pwosesis syantifik pou rezoud pwoblèm, prevwa evènman sou labaz modèl ki egziste nan sistèm yo, e li esplike enpak lateknoloji sou lasosyete.*

## Did you know?

- In the competitive job market of the future, more and more jobs will require science skills.
- Science skills are vital for success in many exciting careers.
- For more information about FCAT Science, visit **http://www.fldoe.org/**

Copyright © 2010 State of Florida Department of State



2010
FCAT
Florida Comprehensive Assessment Test®

Spring 2010

Science Student Report
Grade 5

DAWSON CREWS
ID XXXXX2435X
School 0022 - LAKE BUTLER MIDDLE SCHOOL
District 63- UNION

The Florida Department of Education believes that every student has the ability to learn and succeed. The purpose of the FCAT is to ensure that Florida's public schools are providing your student with the best education possible and preparing your student for future success.

A high level of scientific knowledge has been identified as critical for success in the competitive 21st-century job market. Working with Florida educators, the state developed this test to measure your student's achievement of the science skills in the *Sunshine State Standards* (SSS). In addition, the content scores help you to identify academic skills that may need improvement.

*El Departamento de Educación de la Florida cree que cada estudiante tiene la capacidad para aprender y alcanzar el éxito. El propósito del FCAT es asegurar que las escuelas públicas de la Florida les ofrezcan a sus estudiantes la mejor educación posible y los preparen para su futuro éxito.*

*Se ha determinado que tener un alto nivel de conocimiento científico es la clave para triunfar en el competitivo mercado laboral del Siglo 21. El estado desarrolló esta prueba con educadores de la Florida para cuantificar los logros de su estudiante en cuanto a su nivel de conocimientos científicos, según los Estándares Sunshine State (sss, por sus siglas en inglés). Además, las calificaciones ayudan a identificar los temas académicos que se deben mejorar.*

*Depatman Edikasyon Laflorid kwè chak elèv gen kapasite pou l aPprann ak reyisi. Objektif FCAT la se pou l asire lekòl leta Laflorid yo ap bay elèv ou yo meyè edikasyon posib e prepare elèv ou yo pou yo jwenn siksè.*

*Yo jwenn yon gwo nivo konesans syantifik trè enpòtan pou jwenn siksè nan mache travay konpetitif 21yèm syèk la. Pandan l ap travay avèk edikatè Laflorid yo, leta a devlope tès sa a pou mezire akonplisman elèv ou an pou l devlope konpetans nan syans nan Estanda Eta Florid (Sunshine State Standards—sss). Epitou, nòt yo ape de w konnen kilès konpetans akademik ki bezwen amelyorasyon.*

## Your Student's 2010 Science Score

Level 5
417-500
Level 4
377-416
Level 3
323-376
Level 2
273-322
Level 1
100-272
259
On grade level 323

Your student's FCAT Science score is **259**, which is in **Achievement Level 1**.

The FCAT score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her Science score would be between 239 and 279.

## Achievement Levels

Five categories describe the success students have with the content tested on FCAT Science. In order to be considered on grade level, students must achieve Level 3 or higher.

**Level 5** – indicates success with the content on the FCAT by answering most questions correctly.
**Level 4** – indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.
**Level 3** – indicates partial success with the content on the FCAT.
**Level 2** – indicates limited success with the content on the FCAT.
**Level 1** – indicates little or no success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade level. Achievement Level ranges for all grades are available from school guidance counselors.

Document Code: 411300575



Spring 2009
Florida Comprehensive Assessment Test®
Writing Sunshine State Standards
Student and Parent Report
**Grade 4**

**DAWSON L. CREWS**

ID XXXXX2435X
School 0131-LAWTEY ELEM
District 04-BRADFORD

Dear Parent/Guardian:

This report provides specific information about your student's performance on the FCAT Writing test. Your student's response to the prompt was read by two people trained to score this test. Each scorer gave your student's writing a score based on the overall quality of your student's response. Your student's prompt score is the average of the two readers' scores.

## Your Student's Writing Prompt Score

### Writing to Tell a Story

| Prompt Score | |
|---|---|
| 4.5 | out of 6.0 points |

### Writing Prompt Details

Your student's response was based on the following topic: Write a story about a time you had a day off from school.

### About Prompt Scores

Your student was given 45 minutes to read the assigned topic, plan what to write, and respond. Your student's score is an indicator of his or her ability to draft a response under these conditions. To learn more about your student's writing skills, talk to his or her teacher.

Litho code: 09195023

Date: 04/16/09

## Description of Grade 4 Writing Prompt Scores*

Student responses are scored by trained scorers using the holistic method to evaluate a piece of writing. In this type of scoring, trained scorers consider the overall quality of the response rather than focusing on any one aspect of the writing.

Prompt scores are based on the criteria below.

**6.0** The writing focuses on the topic, is logically organized, and includes ample development of supporting ideas or examples. It demonstrates a mature command of language, including precision in word choice. Sentences vary in structure. Conventions are generally correct.

**5.5** The writing was given a 5 by one reader and a 6 by the other reader.

**5.0** The writing focuses on the topic with adequate development of supporting ideas or examples. It has an organizational pattern, but lapses may occur. Word choice is adequate. Sentences vary in structure. Punctuation, capitalization, and spelling are generally correct.

**4.5** The writing was given a 4 by one reader and a 5 by the other reader.

**4.0** The writing generally focuses on the topic, but it may contain extraneous information. An organizational pattern is evident, but lapses may occur. Some supporting ideas contain specifics and details, but others are not developed. Word choice is adequate. Sentences vary somewhat in structure, though many are simple. Knowledge of conventions is demonstrated, and commonly used words are usually spelled correctly.

**3.5** The writing was given a 3 by one reader and a 4 by the other reader.

**3.0** The writing generally focuses on the topic, but it may contain extraneous information. An organizational pattern has been attempted, but lapses may occur. Some of the supporting ideas or examples may not be developed. Word choice is adequate but limited. Sentences vary somewhat in structure, though many are simple. Knowledge of conventions is demonstrated, and commonly used words are usually spelled correctly.

**2.5** The writing was given a 2 by one reader and a 3 by the other reader.

**2.0** The writing may be slightly related to the topic or offer little relevant information and few supporting ideas or examples. There is little evidence of an organizational pattern. Word choice may be limited or immature. Sentences may be limited to simple constructions. Frequent errors may occur in punctuation, capitalization, and spelling.

**1.5** The writing was given a 1 by one reader and a 2 by the other reader.

**1.0** The writing may only minimally address the topic because there is little or no development of supporting ideas or examples. Unrelated information may be included. No organizational pattern is evident. Ideas are usually provided through lists, and word choice is limited or immature. Frequent errors in punctuation, capitalization, spelling, and sentence structure may impede communication.

**U** Unscorable. The writing is unrelated to the assigned topic or cannot be read.

- A = Blank Essay (e.g., blank, erased, did not write in No. 2 pencil)
- B = Off-topic
- C = Illegible, Incomprehensible or Insufficient
- D = Foreign Language

* Translations of these descriptions are available in Spanish and Haitian Creole on the back of this report.

* *Puede obtener versiones traducidas de estas descripciones en español y criollo haitiano al reverso de este informe.*

* *W ap jwenn tradiksyon deskripsyon sa yo nan lang Panyòl ak Kreyòl ayisyen sou do rapò sa a.*



Spanish and Haitian Creole Translation
Description of Writing Prompt Scores, Grade 4

Spanish Translation

## Descripción de las calificaciones de redacción de 4° grado

**6.0** La redacción se concentra en el tema, está organizada en forma lógica e incluye un amplio desarrollo de las ideas o ejemplos de apoyo. Demuestra un dominio maduro del lenguaje con precisión en la selección de los vocablos. Las oraciones varían en cuanto a la estructura. Las convenciones son, por lo general, correctas.

**5.5** Un lector le otorgó a la redacción un 5, y el otro, un 6.

**5.0** La redacción se concentra en el tema con un desarrollo adecuado de las ideas o ejemplos de apoyo. Tiene un patrón de organización, pero pueden ocurrir lapsus de desorganización. La selección de los vocablos es adecuada. Las oraciones varían en cuanto a la estructura. La puntuación, el empleo de las mayúsculas y la ortografía son, por lo general, correctos.

**4.5** Un lector le otorgó a la redacción un 4, y el otro, un 5.

**4.0** La redacción por lo general se concentra en el tema, pero puede contener información superflua. Un patrón de organización es evidente, pero pueden ocurrir lapsus. Algunas ideas de apoyo contienen datos específicos y detalles, pero otras no están desarrolladas. La selección de los vocablos es adecuada. Las oraciones varían un tanto en cuanto a la estructura, aunque muchas son simples. Se demuestra conocimiento de las convenciones, y normalmente las palabras de uso común no presentan faltas de ortografía.

**3.5** Un lector le otorgó a la redacción un 3, y el otro, un 4.

**3.0** La redacción por lo general se concentra en el tema, pero puede contener información superflua. Se ha intentado un patrón de organización, pero pueden ocurrir lapsus de desorganización. Algunas de las ideas o ejemplos de apoyo pueden no estar desarrollados. La selección de los vocablos es adecuada pero limitada. Las oraciones varían un tanto en cuanto a la estructura, aunque muchas son simples. Se demuestra conocimiento de las convenciones, y normalmente las palabras de uso común no presentan faltas de ortografía.

**2.5** Un lector le otorgó a la redacción un 2, y el otro, un 3.

**2.0** La redacción puede estar ligeramente relacionada con el tema u ofrecer información poco relevante e ideas o ejemplos de apoyo mínimos. El patrón de organización no es tan evidente. La selección de los vocablos puede ser limitada o inmadura. Las oraciones pueden estar limitadas a construcciones simples. Ocurren errores frecuentes en la puntuación, el empleo de las mayúsculas y la ortografía.

**1.5** Un lector le otorgó a la redacción un 1, y el otro, un 2.

**1.0** La redacción puede que sólo aborde mínimamente el tema debido a que hay poco o ningún desarrollo de las ideas o ejemplos de apoyo. Puede haber información que no guarda relación con el tema. La inexistencia de un patrón de organización es evidente. Normalmente las ideas son dadas por medio de listas, y la selección de los vocablos es limitada o simple. Los errores frecuentes en la puntuación, el empleo de las mayúsculas, la ortografía y la estructura de la oración pueden impedir la comunicación.

**U** La redacción no guarda relación con el tema asignado o no es legible.

- A = Ensayo en blanco – No evaluado
- B = Fuera de tema
- C = Ilegible, incomprensible o insuficiente
- D = Idioma extranjero

Haitian Creole Translation

## Esplikasyon Nòt pou Redaksyon nan Klas 4yèm

**6.0** Redaksyon an konsantre sou sijè a, li òganize yon fason lojik, epi lide oswa egzanp ki sipòte sijè a byen devlope anpil. Li demontre elèv la metrize lang lan, epi li demontre gen presizyon nan mo elèv la chwazi yo. Fraz yo bati plizyè fason diferan. Anjeneral, elèv la sèvi ak prensip ki kòrèk yo.

**5.5** Gen yon korektè ki bay redaksyon an 5 epi gen yon lòt korektè ki bay 6.

**5.0** Redaksyon an konsantre sou sijè a ak sou devlòpman egzak lide oswa egzanp ki sipòte sijè a. Elèv la gen yon fason pou li òganize redaksyon an, men gen erè ki ka fèt. Elèv la chwazi mo egzak yo. Fraz yo bati plizyè fason diferan. Anjeneral, elèv la sèvi ak ponktiyasyon, lèt majiskil, ak yon òtograf ki kòrèk.

**4.5** Gen yon korektè ki bay redaksyon an 4 epi gen yon lòt korektè ki bay 5.

**4.0** Redaksyon an, anjeneral, konsantre sou sijè a, men li ka gen enfòmasyon ki pa gen rapò ak sijè a ladan li. Ou ka wè elèv la gen yon fason byen klè pou li òganize redaksyon an, men gen erè ki ka fèt. Gen kèk nan lide ki sipòte sijè a ki gen presizyon ak detay ladan yo, men gen lòt ki pa devlope. Elèv la chwazi mo egzak yo. Fason elèv la bati fraz yo varye enpe, men gen anpil fraz senp. Elèv la demontre li konn prensip yo, epi òdinèman li eple mo kòmen li itilize yo san fot.

**3.5** Gen yon korektè ki bay redaksyon an 3 epi gen yon lòt korektè ki bay 4.

**3.0** Redaksyon an, anjeneral, konsantre sou sijè a, men li ka gen enfòmasyon ki pa gen rapò ak sijè a ladan li. Elèv la eseye jwenn yon fason pou li òganize redaksyon an, men gen erè ki ka fèt. Gen kèk nan lide oswa egzanp ki sipòte sijè a ki ka pa devlope. Elèv la chwazi mo egzak, men yo limite. Fason elèv la bati fraz yo varye enpe, men gen anpil fraz senp. Elèv la demontre li konn prensip yo, epi òdinèman li eple mo kòmen li itilize yo san fot.

**2.5** Gen yon korektè ki bay redaksyon an 2 epi gen yon lòt korektè ki bay 3.

**2.0** Redaksyon an ka swa yon ti jan gen rapò ak sijè a oswa li ka bay kèk enfòmasyon ki gen rapò ak sijè a ak kèk lide oswa kèk egzanp ki sipòte sijè a sèlman. Ou pa preske ka wè si elèv la gen yon fason pou li òganize redaksyon an. Chwa mo yo ka limite oswa yo manke matirite. Elèv la ka fè ti fraz senp sèlman. Gen fot ki ka fèt souvan nan ponktiyasyon, lèt majiskil ak òtograf.

**1.5** Gen yon korektè ki bay redaksyon an 1 epi gen yon lòt korektè ki bay 2.

**1.0** Redaksyon an ka pa tèlman pale de sijè a paske elèv la ka devlope lide oswa egzanp ki sipòte sijè a tou piti oswa li ka pa devlope yo ditou. Nan redaksyon an, ka gen enfòmasyon ki pa gen rapò ak sijè a. Ou pa wè si elèv la gen yon fason pou li òganize redaksyon an. Òdinèman, tout lide yo vini nan yon lis, epi chwa mo yo limite epi yo manke matirite. Gen fot ki ka fèt souvan nan ponktiyasyon, lèt majiskil ak òtograf, epi fason fraz yo bati a ka bay elèv la pwoblèm pou li kominike lide li yo.

**U** U Redaksyon an pa gen rapò ak sijè yo bay devlope a oswa yo pa ka li redaksyon an.

- A = Paj pou disètasyon an vid – pa pran egzamen an
- B = Pa gen rapò ak matyè a
- C = Ilizib, Enkonpreyansib oswa Ensifizan
- D = Lang etranje

Copyright © 2009 State of Florida Department of State



Spring 2009
Florida Comprehensive Assessment Test®
Sunshine State Standards Reading and Mathematics
Student and Parent Report
**Grade 4**

**DAWSON L. CREWS**
ID **XXXXX2435X**
School **0131—LAWTEY ELEM**
District **04—BRADFORD**

## Your Student's 2009 FCAT Reading Score

Level 5
1965-2638
Level 4
1690-1964
Level 3
1456-1689
On grade level 1456
Level 2
1315-1455
1297
Level 1
295-1314

Your student's FCAT Score is **1297**, which is in achievement **Level 1** for Reading.

*La calificación del examen FCAT del estudiante es 1297, lo cual lo ubica en el **nivel 1** de Lectura.*

*Nòt FCAT elèv ou a se 1297, ki nan **Nivo 1** reyisit pou Lekti.*

The FCAT Score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her 2009 FCAT Reading Score would be between 1215 and 1379.

| Content Areas | Points Possible | Points Earned | State Mean |
|---|---|---|---|
| **Words / Phrases**: Uses skills to determine word meaning, including word parts and relationships between words. | 7 | 4 | 5 |
| **Main Idea / Purpose**: Determines a stated or implied essential message, details author's purpose or plot. | 23 | 7 | 14 |
| **Comparisons**: Knows similar and different, cause and effect, and compare and contrast. | 17 | 7 | 11 |
| **Reference / Research**: Uses information from a variety of sources to reach conclusions. | 4 | 1 | 3 |

***Palabras / Frases:*** *Usa la habilidad para determinar el significado de las palabras, lo cual incluye partes de palabras y las relaciones entre ellas.*

***Idea principal / Propósito:*** *Determina un mensaje esencial expreso o implícito, detalles del propósito del autor o el argumento.*

***Comparaciones:*** *Conoce similar y diferente, causa y efecto y comparación y contraste.*

***Información / Investigación:*** *Usa la información de una variedad de fuentes para llegar a conclusiones.*

***Mo / Fraz:*** *Itilize aptitud pou detèmine siyifikasyon mo yo, sa vle di chak pati nan mo yo epi relasyon ki genyen ant mo yo.*

***Ide Prensipal / Objektif:*** *Detèmine yon mesaj esansyèl ki deklare oswa sijere, bay detay sou objektif oswa plan otè a.*

***Konparezon:*** *Konnen menm ak diferan, kòz ak efè epi konpare.*

***Referans / Rechèch:*** *Itilize enfòmasyon ki soti nan plizyè sous pou dedwi konklizyon.*

**Achievement Levels**
Five categories describe the success students have with the content tested on the FCAT SSS Reading. In order to be considered on grade level, students must achieve Level 3 or higher.

**Level 5** indicates success with the content on the FCAT by answering most questions correctly.

**Level 4** indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.

**Level 3** indicates partial success with the content on the FCAT.

**Level 2** indicates limited success with the content on the FCAT.

**Level 1** indicates little success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade level. Achievement Level ranges for all grades are available from school guidance counselors or refer to Understanding FCAT Reports found on **www.fldoe.org.**

Date: 05/14/09

Litho code: 20772499

## Your Student's Reading Scores Over Time

| Year Tested | 2008 | 2009 |
|---|---|---|
| Grade Tested | 3 | 4 |
| FCAT Score | **1136** | **1297** |
| Achievement Level | 2 | 1 |

FCAT Score axis: 3000, 2500, 2000, 1500, 1000, 500, 0

**Key** ■ Your student's score was on grade level for this year
▒ Your student's score was not on grade level for this year
— On grade level score
**NF** Not found



FCAT
Florida Comprehensive Assessment Test

Spring 2009
Florida Comprehensive Assessment Test®
Sunshine State Standards Reading and Mathematics
Student and Parent Report
**Grade 4**

**DAWSON L. CREWS**
ID **XXXXX2435X**
School **0131—LAWTEY ELEM**
District **04—BRADFORD**

## Your Student's 2009 FCAT Mathematics Score

Level 5
1863-2330
Level 4
1658-1862
Level 3
1444-1657
Level 2
1277-1443
Level 1
581-1276
On grade level
1444
1136

| Content Areas | Points Possible | Points Earned | State Mean |
|---|---|---|---|
| **Number Sense**: Uses number concepts and computation skills. | 11 | 3 | 7 |
| **Measurement**: Solves problems involving measurements, e.g., time, weight, length, area. | 8 | 1 | 5 |
| **Geometry**: Analyzes and combines shapes to solve problems. | 7 | 3 | 5 |
| **Algebraic Thinking**: Analyzes patterns and uses equations and inequalities. | 7 | 3 | 5 |
| **Data Analysis and Probability**: Uses data analysis tools to display information, make predictions, and make inferences. | 7 | 2 | 5 |

Your student's FCAT Score is **1136**, which is in achievement **Level 1** for Mathematics.

*La calificación del examen FCAT del estudiante es **1136**, lo cual lo ubica en el **nivel 1** de Matemáticas.*

*Nòt FCAT elèv ou a se **1136**, ki nan **Nivo 1** reyisit pou Matematik.*

The FCAT Score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her 2009 FCAT Mathematics Score would be between 1014 and 1258.

***Número Sentido:*** *Usa conceptos numéricos y habilidades de cómputo.*

***Medida:*** *Resuelve problemas que incluyen medidas, por ejemplo: tiempo, peso, longitud y área.*

***Geometría:*** *Analiza y combina las formas geométricas para resolver problemas.*

***Razonamiento algebraico:*** *Analiza patrones y usa ecuaciones y desigualdades.*

***Análisis de datos y probabilidades:*** *Usa herramientas de análisis de datos para mostrar información, realizar predicciones e inferencias.*

***Chif Sans:*** *Itilize konsepsyon chif ak abilite pou fè kalkil.*

***Mezi:*** *Rezoud pwoblèm ki gen mezi, ladan, pa egzanp, tan, pwa, longè, sifas.*

***Jewometri:*** *Analize epi konbine figi jewometrik pou rezoud pwoblèm.*

***Rezonman aljebrik:*** *Analize modèl epi itilize ekwasyon ak inekwasyon.*

***Analiz Done ak Pwobabilite:*** *Itilize zouti pou fè analiz done pou prezante enfòmasyon, fè prediksyon ak dediksyon.*

### Achievement Levels

Five categories describe the success students have with the content tested on the FCAT SSS Mathematics. In order to be considered on grade level, students must achieve Level 3 or higher.

**Level 5** indicates success with the content on the FCAT by answering most questions correctly.

**Level 4** indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.

**Level 3** indicates partial success with the content on the FCAT.

**Level 2** indicates limited success with the content on the FCAT.

**Level 1** indicates little success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade level. Achievement Level ranges for all grades are available from school guidance counselors or refer to Understanding FCAT Reports found on **www.fldoe.org**.

Litho code: 02562603

Copyright © 2009 State of Florida Department of State

## Your Student's Mathematics Scores Over Time

| Year Tested | 2008 | 2009 |
|---|---|---|
| Grade Tested | 3 | 4 |
| FCAT Score | **1087** | **1136** |
| Achievement Level | 2 | 1 |

FCAT Score (axis): 3000, 2500, 2000, 1500, 1000, 500, 0

**Key** ■ Your student's score was on grade level for this year
Your student's score was not on grade level for this year
— On grade level score
**NF** Not found



Spring 2008
Florida Comprehensive Assessment Test®
Sunshine State Standards Reading and Mathematics
Student and Parent Report
**Grade 3**

**DAWSON L. CREWS**

ID **XXXXX2435X**
School **0131—LAWTEY ELEM**
District **04—BRADFORD**

## Your Student's 2008 FCAT Mathematics Score

| Level | Range |
|---|---|
| **Level 5** | 1750-2225 |
| **Level 4** | 1509-1749 |
| **Level 3** | 1269-1508 |
| **Level 2** | 1079-1268 |
| **Level 1** | 375-1078 |

On grade level **1269**

**1087**

| Content Areas | Points Possible | Points Earned | State Mean |
|---|---|---|---|
| **Number Sense**: uses number concepts and computation skills. | 12 | 6 | 9 |
| **Measurement**: solves problems involving measurements, e.g., time, weight, length, area. | 8 | 2 | 6 |
| **Geometry**: analyzes and combines shapes to solve problems. | 7 | 2 | 5 |
| **Algebraic Thinking**: analyzes patterns and uses equations and inequalities. | 6 | 4 | 4 |
| **Data Analysis and Probability**: uses data analysis tools to display information, make predictions, and make inferences. | 7 | 2 | 4 |

Your student's FCAT Score is **1087**, which is in achievement **Level 2** for Mathematics.

*La calificación del examen FCAT del estudiante es **1087**, lo cual lo ubica en el **nivel 2** de Matemáticas.*

*Nòt FCAT elèv ou a se **1087**, ki nan **Nivo 2** reyisit pou Matematik.*

The FCAT Score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her Spring 2008 FCAT Mathematics Score would be between 990 and 1184.

***Número Sentido:** usa conceptos numéricos y habilidades de cómputo.*

***Medida:** resuelve problemas que incluyen medidas, por ejemplo: tiempo, peso, longitud y área.*

***Geometría:** analiza y combina las formas geométricas para resolver problemas.*

***Razonamiento algebraico:** analiza patrones y usa ecuaciones y desigualdades.*

***Análisis de datos y probabilidades:** usa herramientas de análisis de datos para mostrar información, realizar predicciones e inferencias.*

***Chif Sans:** itilize konsepsyon chif ak abilite pou fè kalkil.*

***Mezi:** rezoud pwoblèm ki gen mezi, ladan, pa egzanp, tan, pwa, longè, sifas.*

***Jewometri:** analize epi konbine figi jewometrik pou rezoud pwoblèm.*

***Rezonman aljebrik:** analize modèl epi itilize ekwasyon ak inekwasyon.*

***Analiz Done ak Pwobabilite:** itilize zouti pou fè analiz done pou prezante enfòmasyon, fè prediksyon ak dediksyon.*

**Achievement Levels**
Five categories describe the success students have with the content tested on the FCAT SSS Mathematics. In order to be considered on grade level, students must achieve Level 3 or higher.

**Level 5** indicates success with the content on the FCAT by answering most questions correctly.

**Level 4** indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.

**Level 3** indicates partial success with the content on the FCAT.

**Level 2** indicates limited success with the content on the FCAT.

**Level 1** indicates little success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade level. Achievement Level ranges for all grades are available from school guidance counselors or refer to Understanding FCAT reports found on **www.fldoe.org**

## Your Student's Mathematics Scores Over Time

Longitudinal results are not displayed for Grade 3 students. Additional resources to help your student are available online at **http://www.fcatexplorer.com**.

Litho code: 15727152

Copyright © 2008 State of Florida Department of State

FCAT
Florida Comprehensive Assessment Test

Spring 2008
Florida Comprehensive Assessment Test®
Sunshine State Standards Reading and Mathematics
Student and Parent Report
**Grade 3**

**DAWSON L. CREWS**

ID **XXXXX2435X**
School **0131—LAWTEY ELEM**
District **04—BRADFORD**

## Your Student's 2008 FCAT Reading Score

Level 5
1866-2514
Level 4
1489-1865
Level 3
1198-1488
Level 2
1046-1197
Level 1
86-1045
1136
On grade level
1198

Your student's FCAT Score is **1136**, which is in achievement **Level 2** for Reading.

*La calificación del examen FCAT del estudiante es **1136**, lo cual lo ubica en el **nivel 2** de Lectura.*

*Nòt FCAT elèv ou a se **1136**, ki nan **Nivo 2** reyisit pou Lekti.*

The FCAT Score shows your student's achievement on the day he or she was tested. If your student were to take this same test again, it is likely that his or her Spring 2008 FCAT Reading Score would be between 1051 and 1221.

| **Content Areas** | Points Possible | Points Earned | State Mean |
|---|---|---|---|
| **Words / Phrases**: uses skills to determine word meaning, including word parts and relationships between words. | 8 | 5 | 6 |
| **Main Idea / Purpose**: determines a stated or implied essential message, details author's purpose or plot. | 22 | 12 | 15 |
| **Comparisons**: knows similar and different, cause and effect, and compare and contrast. | 10 | 5 | 7 |
| **Reference / Research**: uses information from a variety of sources to reach conclusions. | 5 | 2 | 3 |

***Palabras / Frases:** usa la habilidad para determinar el significado de las palabras, lo cual incluye partes de palabras y las relaciones entre ellas.*

***Idea principal / Propósito:** determina un mensaje esencial expreso o implícito, detalles del propósito del autor o el argumento.*

***Comparaciones:** conoce similar y diferente, causa y efecto y comparación y contraste.*

***Información / Investigación:** usa la información de una variedad de fuentes para llegar a conclusiones.*

***Mo / Fraz:** itilize aptitud pou detèmine siyifikasyon mo yo, sa vle di chak pati nan mo yo epi relasyon ki genyen ant mo yo.*

***Ide Prensipal / Objektif:** detèmine yon mesaj esansyèl ki deklare oswa sijere, bay detay sou objektif oswa plan otè a.*

***Konparezon:** konnen menm ak diferan, kòz ak efè epi konpare.*

***Referans / Rechèch:** itilize enfòmasyon ki soti nan plizyè sous pou dedwi konklizyon.*

### Achievement Levels

Five categories describe the success students have with the content tested on the FCAT SSS Reading. In order to be considered on grade level, students must achieve Level 3 or higher.

**Level 5** indicates success with the content on the FCAT by answering most questions correctly.

**Level 4** indicates success with the content on the FCAT by answering most questions correctly, except for the most challenging.

**Level 3** indicates partial success with the content on the FCAT.

**Level 2** indicates limited success with the content on the FCAT.

**Level 1** indicates little success with the content on the FCAT.

The score ranges for Achievement Levels are different for each grade level. Achievement Level ranges for all grades are available from school guidance counselors or refer to Understanding FCAT reports found on **www.fldoe.org**

## Your Student's Reading Scores Over Time

Longitudinal results are not displayed for Grade 3 students. A student at this grade level must score at Level 2 or higher on the Reading portion of this test in order to be promoted.

Date: 05/08/08

Litho code: 14922992

# LAKE BUTLER MIDDLE SCHOOL

150 S.W. 6th St.
Lake Butler, FL. 32054

Phone: (386) 496-3046 Fax: (386) 496-4352

Principal
Jerry Graybeal

Assistant Principal
Carolyn Parrish

July 31, 2012

Dear Parent/Guardian:

This letter is to inform you that your child, Dawson Crews, student number 6300016871 is being retained in the 7th grade for the 2012-2013 school year.

Should you have any questions concerning this placement, please contact the school.

Sincerely,

Jerry Graybeal

Jerry Graybeal
Principal