# Disability Determination Explanation

This Disability Determination Explanation is for the *DIB* claim at the *Initial* level.

## CLAIMANT INFORMATION

### CLAIMANT INFORMATION

Name: Dawson Ladale Crews
SSN: ███-██-2435
Phone Number: 904-263-████
Secondary Phone Number
Address:

| Mailing | Residence |
|---|---|
| ███████ | ███████ |
| LAWTEY, FL 32058 | LAWTEY, FL 32058 |

Claimant Gender: M
Self Reported Height: 63 inches
Self Reported Weight: 120.0 lbs
BMI: 21.3
Special Indications: None.

## RELEVANT DATES

Below table represents the Relevant Dates

| Date of Birth | Current Age | AOD | Age at AOD | DFI | DLI | Age at DLI | Blind DLI |
|---|---|---|---|---|---|---|---|
| ██/██/1998 | 21 years 1 month (Younger person) | 04/15/2018 | 19 years 11 months (Younger person) | | 04/01/2018 | 06/30/2020 | |

Does the individual have an attorney/appointed representative? No

## ALLEGATIONS OF IMPAIRMENTS

The individual filed for Initial claim for disability on *08/09/2018* due to the following illnesses, injuries or conditions:

LEARNING DISABILITY
MENTAL HEALTH ISSUES
Blind or low vision
depression
anxiety
learing disability
failure thrive

**The individual alleges inability to function and/or work as of**
04/15/2018

## TECHNICAL ISSUES

**Is the individual working?**
Yes

**Has the FO been contacted?**
No
   **Explain why the FO has not been contacted:**
   Clmt is not employed. On application it has unemployed present.

**Will this work result in no determination?**
No

**Prior Electronic Filings**
There are no prior electronic filings.

**Alleged Onset Date:**
04/15/2018

**Has the individual performed work after the Alleged Onset Date(AOD)?**
No

**Has any period(s) of work been determined to be an unsuccessful work attempt, or involved subsidies/special conditions, impairment-related work expenses, or other technical issue(s)?**
No

## EVIDENCE OF RECORD

The following initial evidence has been received

| Source of Evidence | LAND OSUN MANAGEMENT CORPORATION |
|---|---|
| EF Received | 05/29/2019 |
| Medical Opinion | No |
| Evidence Type | ADL's |
| Level | Initial |

| Source of Evidence | STEPHANIE MILNE, PH.D. |
|---|---|
| EF Received | 05/04/2019 |
| Medical Opinion | No |

| | |
|---|---|
| Evidence Type | CE Rprt |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | PULLEN EYE CARE |
| EF Received | 04/01/2019 |
| Medical Opinion | No |
| Evidence Type | CE Rprt |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | BRADFORD MIDDLE SCHOOL |
| EF Received | 03/20/2019 |
| Medical Opinion | No |
| Evidence Type | 5665 Teacher Questnre |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | DDS PENSACOLA FL |
| EF Received | 02/06/2019 |
| Medical Opinion | No |
| Evidence Type | 5002 ROC |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | CREWS, DAWSON LADALE |
| EF Received | 01/23/2019 |
| Medical Opinion | No |
| Evidence Type | 3373-Funct Rprt-Adult |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | MERIDIAN BEHAVIORAL HEA |
| EF Received | 01/11/2019 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Unknown Name |
| EF Received | 01/09/2019 |
| Medical Opinion | No |

| Evidence Type | 3369-Work Hx |
|---|---|
| Level | Initial |

The following evidence has been requested:

| Source of Evidence | EF Request Date | Level |
|---|---|---|
| LAND OSUN MANAGEMENT CORPORATION | 05/11/2019 | Initial |
| BRADFORD COUNTY PUBLIC SCHOOL DISTRICT | 05/11/2019 | Initial |
| CHARITY CREWS | 02/01/2019 | Initial |
| BRADFORD MIDDLE SCHOOL | 01/10/2019 | Initial |
| CREWS, DAWSON LADALE | 01/10/2019 | Initial |

## CLAIM COMMUNICATIONS

**Claimant**

    **Subject:** Upfront

    **Details:**
        Upfront TC with clt. at 904-2█████. Clt. is a 20 yo male alleging learning disorder, vision problems, depression, and anxiety.

        Physical: Willing to attend CE. No TS.
        (vision)He hasn't seen a eye doctor in a few years. He has a lazy eye. His vision is somewhat blurry. No HHAD. Wears glasses.

        Mental: Willing to attend CE. TS is Meridian.
        (depression)He was baker acted a month ago. He has been Baker Acted 4 times in the last 2 years. He threatened to harm himself. He was baker acted for 6 days the last time.
        (anxiety)He is uncomfortable in a large group of people. He does not have panic attacks. He is on medication. He had IEP in school. He has not had IQ since 16. He was held back twice. He never went past 7th grade.

        ADLs:
        Clt. lives with grandfather. Clt. cannot drive. Clt. can go to the store with a 3p. Clt. can do household chores. Clt. can read and follow directions on microwaveable meal. Clt. cannot manage finances. Clt. needs reminders for appointments and medications. Clt. can prepare simple meals. Clt. can bathe, dress, groom without assistance.

**Signature:**

    Gustavo Mendoza, SDM    02/06/2019

**Third Party**

**Subject:** LD/ID ADLs

**Details:**
TC with 3p Charity Crews at 904-263-6311. (LD) Clt. was never formally diagnosed with LD due to lack of insurance and finances. Clt. never went past 7th grade. School no longer has records. Clt. had tried working at fast food jobs in the cashier but could not keep the job due to inability to keep up with work standards due to his mental illness. Clt. needs reminders and prompting to take baths, personal hygiene, to take medication. Clt. cannot pay bills or manage finances.

**Signature:**

Gustavo Mendoza   05/06/2019

## CONSULTATIVE EXAMINATION(S) (CE)

**Is a CE(s) required?**
Yes

**Select the reason(s) for which a CE(s) is required:**
The additional evidence needed is not contained in the records of the individual's medical sources.

**Was the individual's medical source(s) contacted to perform the CE(s)?**
No

**Indicate which of the following apply:**
The individual has no medical source to perform the CE(s)

**Were all of the CE(s) kept?**
Yes

## FINDINGS OF FACT AND ANALYSIS OF EVIDENCE

**Analysis**
Clt. is a 20 y/o with 7 years of education alleging learning disorder, vision problems, depression, and anxiety. AOD 04/15/2018 and DLI in the future.

Physical:

03/28/19: Vision CE: Best corrected VA: OD: 20/25 OS: 20/20.

Mental:

12/15/18: Meridian Behavioral OV: Client Specific Factors Strengths am tech savvy, I think about others before myself, I have hope. Needs Needs "I need to become consistent I need to depend on myself to change I need help " Abilities 'lam able to make choices but sometimes they are not good dm not good at talking all the Preferences Prefers mete: Dx: Bipolar affective disorder, bipolar affective disorder. *cove Assessment General Observations. Eye contact is appropriate. He is neatly dressed. Activity: Activity is normal. No restlessness or hyperactivity. Demeaner/Behavlor: Client Is cooperative, not clinically significant. Re is calm and cooperative. Speech: Speech is normal, Speech is clear, coherent, goal directed with normal rate, tone and volume. Thought Process: Thought process is within normal limits. Thoughts are organized Thought Content: Thought content within normal limits. No paranoid or delusional thoughts. Hallucinations/Perceptions: No hallucinations reported. No hallucinations reported. Mood: Mood is within normal limits. Mood is euthymic. Client 176130 - Dawson Crews Affect observed rn full range Affect observed --Parent to mood Affect is reactive. Cognition/memory/insight/judgment: Memory grossly intact. Orientation intact intelligence estimate average or above Insight fair. Dx: Bipolar affective disorder.

05/03/19: IQ Eval: Appearance: Mr. Crews was dressed appropriate for age and weather. He had very dirty fingernails and visible sores on his neck and face. His right eye was "lazy" and was positioned to the right of his visual field. Behavior: Mr. Crews' eye contact was appropriate. Motor activity was calm. Attitude was cooperative and submissive. Speech was normal. Mood and Affect: Mr. Crews' mood and affect was depressed and anxious. Cognition: Mr. Crews' orientation was intact. He stated that the current President of the United States of America is –Donald Trump– and a past President was "Obama.– Intelligence was below average. Attention and concentration was impaired. He could not spell the word –world" backward. He repeated five digits forward on one of the two trials and five digits backward on one of the two trials. Thought content was relevant. No impairment in perception. Judgment was impaired. Insight was minimal. Memory was impaired for immediate and recent memory. He recalled one of three objects on immediate recall and after the 5 and 15 minute delays. He stated that he had "a PB&J" for dinner the night before. He could not state a recent news event. Verbal IQ: 70, Processing: 79, Full Scale: 69.

ADLs:
Clt. lives with grandfather. Clt. cannot drive. Clt. can go to the store with a 3p.
Clt. can do household chores. Clt. can read and follow directions on microwaveable meal. Clt. cannot manage finances. Clt. needs reminders for appointments and medications. Clt. can prepare simple meals. Clt. can bathe, dress, groom without assistance.

# 416 – MEDICAL EVALUATION

### 416-Medical Evaluation1

**Indicate whether this 416-Medical Evaluation is for:**
Current Evaluation

**Subject:**
Non-Severe

**Assessment:**
Clt. is a 20 yo male alleging learning disorder, vision problems, depression, and anxiety.

Physical:

03/28/19: Vision CE: Best corrected VA: OD: 20/25 OS: 20/20.

Based on the totality of evidence, after review of the relevant MER, ADLs/Function Report, claimant's allegations are non-severe

These findings complete the medical portion of the disability determination.

### MC/PC or SDM Signature

Phillip Matar, MD (12)   04/04/2019

# MEDICALLY DETERMINABLE IMPAIRMENTS AND SEVERITY
# (MDI)

ADULT MEDICALLY DETERMINABLE IMPAIRMENTS (MDI)

Does the individual have one or more medically determinable impairments?
    Yes

| IMPAIRMENT | PRIORITY | SEVERITY |
|---|---|---|
| 3690 – Low Vision | Other | Severe |
| 3180 – Intellectual Disorder | Primary | Severe |
| 3000 – Anxiety and Obsessive-Compulsive Disorders | Other | Severe |
| 2960 – Depressive, Bipolar and Related Disorders | Secondary | Severe |

PSYCHIATRIC REVIEW TECHNIQUE (PRT)

PRT2

Indicate whether this Psychiatric Review Technique (PRT) assessment is for:
    Current Evaluation
'A' CRITERIA OF THE LISTINGS


12.04-Depressive, Bipolar, and Related Disorders
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

12.05-Intellectual Disorder
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

12.06-Anxiety and Obsessive-Compulsive Disorders
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above


'B' CRITERIA OF THE LISTINGS

12.04-Depressive, Bipolar, and Related Disorders
12.05-Intellectual Disorder
12.06-Anxiety and Obsessive-Compulsive Disorders

**Understand, remember, or apply information:** Moderate
**Interact with others:** Moderate
**Concentrate, persist, or maintain pace:** Moderate
**Adapt or manage oneself:** Moderate

'C' CRITERIA OF THE LISTINGS


    Medically documented history of the existence of the disorder over a period of at least 2 years, and there is evidence of both:

    Medical treatment, mental health therapy, psychosocial support(s), or highly structured setting(s) that is ongoing and that diminishes symptoms and signs of the mental disorder

    Marginal adjustment, that is, minimal capacity to adapt to changes in the environment or to demands that are not already part of daily life

PRT – ADDITIONAL EXPLANATION

21yo man with no limitations noted in phone interview except he requested that his mother provide the information "due to his disability." Reports depression, anxiety, and learning disability.

There are mixed statements in the records regarding claimant's school history. Overall, these statements are consistent with the claimant having a history of special education for problems of one kind or another acquiring academic skills. Delays in language skills and communication were reported. IQ testing was appropriate given this history and current test scores are considered valid, with FSIQ 69, General Ability Index of 65, Verbal Comprehension 70 and Perceptual Reasoning 67 (working memory and processing speed are less reliable indicators of general cognitive ability). These scores indicate cognitive abilities high within the range of Mild Intellectual Disability. Though working memory was a relative strength, recent memory was impaired, as he recalled one of three items immediately and after delays. Though his cognitive abilities are impaired, he shows evidence of higher adaptive functioning, consistent with his broadly normal working memory and processing speed. He explained that he lost his jobs not due to poor quality of work but due to inconsistent attendance, which he attributed to depression. This is consistent with the employer report of functioning, which indicates he needed no special help, had no issues with understanding instructions, and was able to meet quality and production standards when he was at work. His main problems in the work setting involved lapses in controlling his emotions and "not able to properly care for himself". He was "hospitalized on multiple occasions and was not available for work; quit without notice." He had worked as cashier at convenience store and did cleaning and stocking tasks. He was "fair to good" in maintaining punctual attendance and was "generally good" in interacting with others.

The work history and employer report of functioning indicates that in spite of claimant's impaired cognitive abilities, he functions adaptively in the borderline range (below average but within broad normal limits). This conclusion is consistent also with the clinical description in treatment records and with claimant's report of functioning. He can do household chores, read and follow directions on food packages, and prepare simple meals. He reports that he does not shop independently. There are inconsistent reports about his ability to manage funds (he denies this in phone interview but current mental status exam concludes that he is able to manage funds. His Arithmetic subtest score of 7 is most consistent with the conclusion that claimant is able to manage funds. This scaled score is in the low average range.

12/18 treatment contact notes Mood Disorder in good partial medical remission and cannabis use disorder with Intellectual Disorder. Hx of recurring Baker Act admissions for suicidal ideation. The description suggests limited coping skills. He reported leaving school for different reasons, here stating he was "not able to keep up with the work" and elsewhere explaining that he left school to assume more responsibilities at home after the death of a family member.

The evidence in file is broadly consistent with Mild Intellectual Disability, which is limiting claimant's ability to cope with stressful situations. He is prone to lapses in judgment, particularly when under emotional stress. His legal problems involve a lapse in judgment, as he is charged with Sexual Cyber Stalking an under age girl, for which he was found incompetent to proceed.

Based on the combined limiting effects of his Intellectual and Mood Disorders, the evidence supports the conclusion that claimant equals the 12.04C listing. He is not able to cope with age-typical maturity demands of independent living. He has been marginally functional with the benefit of a supportive family living situation, but has decompensated and would be expected to decompensate again without the benefit of a supportive living arrangement. Chronicity is documented by the given history, which is fully consistent with the available records.

Onset is supported back to the time when claimant lost his job, in 8/18. Claimant is not able to manage funds independently, mainly due to lapses in judgment. I recommend a short diary date or two years, given the recent persisting stressors and his young age. A short diary date is also supported by neurodevelopmental science indicating continued development of the frontal lobes and executive functioning abilities well into the third decade of life.

These findings complete the medical portion of the disability determination.

**MC/PC or SDM Signature**

Thomas L. Clark, Ph.D. (38)   05/30/2019

## ADULT LISTINGS CONSIDERED

| Listing | Description | Subsection | PRT Assessment |
|---|---|---|---|
| 2.04 | Loss of Visual Efficiency, or Visual Impairment | | |
| 12.05 | Intellectual Disorder | | PRT2 |
| 12.06 | Anxiety and Obsessive-Compulsive Disorders | | PRT2 |
| 12.04 | Depressive, Bipolar and Related Disorders | | PRT2 |

## ADULT MEDICAL DISPOSITION

**Medically Equals Listing** – The severity of one or more of the MDI(s) medically equals current listing criteria 12.04-C Depressive, Bipolar and Related Disorders

# ASSESSMENT OF POLICY ISSUES

## SYMPTOMS EVALUATION

**List the claimant's symptoms:**
    Understanding and memory limitations
    Sustained concentration and persistence limitations
    Social interaction limitations
    Ability to adapt limitations

**Can one or more of the individual's medically determinable impairment(s) (MDI(s)) reasonably be expected to produce the individual's pain or other symptoms?**
    Yes

**Are the individual's statements about the intensity, persistence, and functionally limiting effects of the symptoms substantiated by the objective medical evidence alone?**
    Yes

## EVALUATING MEDICAL OPINIONS

There is no indication that there is a medical opinion from any medical source.

# RESIDUAL FUNCTIONAL CAPACITY

No RFC/MRFC assessments are associated with this claim.

# ASSESSMENT OF POLICY ISSUES – CONTINUED

RECONCILING MEDICAL OPINIONS

There is no indication that there is a medical opinion from any medical source.

## DETERMINATION

Based on the documented findings, select the determination:
Disabled

**Is there medical evidence of DAA?**
There is no evidence of any substance abuse disorder/DAA issue

**Alleged onset date:**
04/15/2018

**Enter the established onset date:**
04/15/2018

**Is this a closed period?**
No

**Diary type and reason code:**
Medical Improvement Expected (MIE) - Improvement Unpredictable O

**Diary date:**
06/06/2021

**Assess the individual's capability:**
Individual capable per doctor.

**Doctor Name:**

**First Name**
STEPHANIE

**Last Name**
MILNE PsyD

**Report Date:**
05/03/2019

## DIB Claim/260430029

**Indicate which of the following Acquiescence Rulings are applicable**
None of the ARs considered apply to this claim

REGULATION BASIS CODE (RBC)

**Regulation Basis Code:**
B1-20CFR404.1520(d)-DIB CLAIM

<u>PERSONALIZED DISABILITY EXPLANATION (PDE)</u>

**PDE Text:**
SEE EF

## SIGNATURES

**MC/PC or SDM Signature**

Phillip Matar, MD (12)   04/04/2019


**Disability Adjudicator/Examiner Signature:**

Keionna Cavitt   06/06/2019

eCAT version: 10.6.21



# EMPG
## Emery Milne Psychological Group, LLC

1734 Kingsley Avenue, Suite 2 • Orange Park, Florida 32073
(904) 720-4040 • info@emerymilnepsych.com
www.emerymilnepsych.com

Dr. Brian K. Emery
Licensed Mental Health Counselor, MH14212

Dr. Stephanie Milne
Licensed Psychologist, PY9283

May 3, 2019

Florida Department of Health
Division of Disability Determination

### CLINICAL EVALUATION AND MENTAL STATUS EXAMINATION
### and INTELLECTUAL EVALUATION

| | | | |
|---|---|---|---|
| Name: | Dawson Ladale Crews | | |
| Date of Birth: | ▮▮▮▮ 1998 | Age: | 21 |
| Date of Evaluation: | May 3, 2019 | Case No: | 5052792 |
| Examiner: | Stephanie Milne, Psy.D., BCB | | |
| | Licensed Psychologist (PY9283) | | |

**CHIEF COMPLAINT AND REASON FOR APPLICATION**
Dawson Ladale Crews is a 21 year old male seeking disability due to "learning disorder, vision problems, depression and anxiety."

**HISTORY OF PRESENT ILLNESS**
Mr. Crews stated that he was diagnosed with bipolar disorder around the age of 16 years old. He stated that his symptoms include anger and irritability, getting easily overwhelmed, isolating himself from others, panic attacks, depression, suicidal thoughts, suicidal attempts, and going periods of time without sleep. He stated that the longest time he has gone without sleep was for 4 days. He also reported that he cycles rapidly from depression to mania. He reports that when he has depression is often calls out from work and will lose his job because of his depression. He stated that his anxiety has increase since his Uncle Dennis passed away a couple of years ago. He reports that his anxiety makes him feel nauseous and "like someone is sitting on my chest and I cannot breathe." Mr. Crews stated that he last worked about 8 months ago. He reports that he lost his job because he was calling out because of his depression. He has tried to return to his job but was not re-hired. Mr. Crews has received counseling the past. He is waiting for an appointment to see his counselor again. He has received inpatient treatment for mental illness on 4-5 occasions. Mr. Crews needs reminders for his daily living activities. Socially, he enjoys spending time with his brother. He has difficulty completing tasks timely and appropriately. His symptoms are constant.

CREWS, DAWSON
Page 2 of 6

## EVALUATION PROCEDURES
Review of records provided by the Division of Disability Determination
Clinical Interview with Dawson Ladale Crews. The information obtained is deemed reliable.
Mini-Mental State Examination (MMSE)

## BEHAVIORAL OBSERVATIONS
Mr. Crews arrived early. He arrived with his mother. His mother drove them to the appointment. It took them approximately 40 minutes to get to the appointment. Mr. Crews was dressed appropriate for age and weather. He had very dirty fingernails and visible sores on his neck and face. His right eye was "lazy" and was positioned to the right of his visual field. His attitude was cooperative and submissive. Posture and gait were normal. No involuntary movements were observed.

## HISTORY
**Length of Residence and Housing Status:** Mr. Crews currently lives in Lawtey, FL. He lives with grandfather, brother, his girlfriend and his grandpa's girlfriend. He lives in the shed behind his grandfather's house. He has been residing in his current residence for 4-5 years.

**Educational History:** Mr. Crews completed the 7th grade. He stopped school in the 8th grade. He was having difficulty maintaining academics. He was in intensive reading and intensive math.

**Vocational History:** Mr. Crews last worked 8 months. He was a cashier for 7 months. He has a history of multiple jobs and difficulty keeping those jobs.

**Family History:** Mr. Crews was born in Florida. He has one half-brother and one half-sister. He describes childhood as "alright."

**Marital History:** Mr. Crews has never been married and does not have any children.

**Medical History:** Mr. Crews' current medical problems are: none.

**Present Medications:** Mr. Crews' current medications are: "something for depression and something else the doctor just prescribed to m."

**Mental Health History:** Mr. Crews stated that he was diagnosed with bipolar disorder around the age of 16 years old. He stated that his symptoms include anger and irritability, getting easily overwhelmed, isolating himself from others, panic attacks, depression, suicidal thoughts, suicidal attempts, and going periods of time without sleep. He stated that the longest time he has gone without sleep was for 4 days. He also reported that he cycles rapidly from depression to mania. He reports that when he has depression is often calls out from work and will lose his job because of his depression. He stated that his anxiety has increase since his Uncle Dennis passed away a couple of years ago. He reports that his anxiety makes him feel nauseous and "like someone is sitting on my chest and I cannot breathe." Mr. Crews has received counseling the past. He is waiting for an appointment to see his counselor again. He has received inpatient treatment for mental illness on 4-5 occasions.

**Sleeping/Eating Problems:** Mr. Crews difficulty going and staying asleep. His appetite varies. He goes days without eating.

**Substance Abuse History:** Mr. Crews denies any substance abuse history.

CREWS, DAWSON
Page 3 of 6

**Criminal History:** Mr. Crews has a criminal history of sexual cyber stalking. He is currently on probation. His probation ends November 2019.

## MENTAL STATUS FINDINGS

**Appearance:** Mr. Crews was dressed appropriate for age and weather. He had very dirty fingernails and visible sores on his neck and face. His right eye was "lazy" and was positioned to the right of his visual field.

**Behavior:** Mr. Crews' eye contact was appropriate. Motor activity was calm. Attitude was cooperative and submissive. Speech was normal.

**Mood and Affect:** Mr. Crews' mood and affect was depressed and anxious.

**Cognition:** Mr. Crews' orientation was intact. He stated that the current President of the United States of America is "Donald Trump" and a past President was "Obama." Intelligence was below average. Attention and concentration was impaired. He could not spell the word "world" backward. He repeated five digits forward on one of the two trials and five digits backward on one of the two trials. Thought content was relevant. No impairment in perception. Judgment was impaired. Insight was minimal. Memory was impaired for immediate and recent memory. He recalled one of three objects on immediate recall and after the 5 and 15 minute delays. He stated that he had "a PB&J" for dinner the night before. He could not state a recent news event.

**Suicide/Homicide Risk:** Mr. Crews denied any suicidal or homicidal ideation or intent.

## FUNCTIONAL ABILITY

**Lifting/Carrying/Handling Objects:** Mr. Crews has no difficulty with lifting or carrying objects. He has difficulty buttoning shirts with his right hand.

**Hearing/Speaking/Sight:** Mr. Crews does not have any difficulty with his hearing or speech. He has difficulty seeing distances.

**Sitting/Standing:** Mr. Crews does not have any difficulty with sitting or standing.

**Traveling:** Mr. Crews has no difficulty with traveling.

**Work Related Mental Activities:** Mr. Crews has difficulty with work related mental activities.

**Memory and Understanding:** Mr. Crews has difficulty with memory. He has no difficulty with understanding.

**Concentration and Persistence:** Mr. Crews has difficulty with concentration and persistence.

**Social Interaction and Adaption:** Mr. Crews enjoys spending time with his brother.

**Capability of Managing Funds:** Mr. Crews is capable of managing his own funds.

CREWS, DAWSON
Page 4 of 6

## TEST RESULTS AND INTERPRETATION
### General Intellectual Ability

The Wechsler Adult Intelligence Scale, Fourth edition (WAIS-IV) was administered which consists of 10 subtests that measure general intellectual ability. The Full Scale IQ (FSIQ) composite score is derived from seven subtest scores and summarizes ability across a diverse set of cognitive functions. This score is considered the most representative indicator of general intellectual functioning. Subtests are drawn from four areas of cognitive ability: verbal comprehension, perceptual reasoning, working memory, and processing speed. Mr. Crews' FSIQ is in the Extremely Low range when compared to other adults his age (FSIQ = 69, PR= 2, CI = 66-74).

**Composite Score Summary**

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Conf. Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 14 | VCI | 70 | 2 | 66-77 | Borderline |
| Perceptual Reasoning | 13 | PRI | 67 | 1 | 62-75 | Extremely Low |
| Working Memory | 14 | WMI | 83 | 13 | 77-91 | Low Average |
| Processing Speed | 12 | PSI | 79 | 8 | 73-89 | Borderline |
| Full Scale | 53 | FSIQ | 69 | 2 | 66-74 | Extremely Low |
| General Ability | 27 | GAI | 65 | 1 | 61-71 | Extremely Low |

### Verbal Comprehension

The Verbal Comprehension Index (VCI) measured Mr. Crews' ability to access and apply acquired word knowledge. Specifically, this score reflects his ability to verbalize meaningful concepts, think about verbal information, and express himself using words. Overall, Mr. Crews' performance on subtests within the VCI was in the Borderline range compared to adults his age (VCI = 70, PR = 2, CI = 66-77).

### Perceptual Reasoning

The Perceptual Reasoning Index (PRI) measured Mr. Crews' ability to evaluate details and understand visual spatial relationships in order to construct geometric designs from a model. This skill requires visual spatial reasoning, integration and synthesis of part-whole relationships, attentiveness to visual detail, and visual-motor integration. In this area, Mr. Crews exhibited performance lower than other adults his age (PRI = 67, PR = 1, Extremely Low, CI = 62-75).

### Working Memory

The Working Memory Index (WMI) measured Mr. Crews' ability to register, maintain, and manipulate visual and auditory information in conscious awareness, which requires attention and concentration, as well as visual and auditory discrimination. Mr. Crews' performance on the WMI was similar to other adults his age (WMI = 83, PR = 13, Low Average, CI = 77-91).

### Processing Speed

The Processing Speed Index (PSI) measured Mr. Crews' speed and accuracy of visual identification, decision making, and decision implementation. Performance on the PSI is related to visual scanning, visual discrimination, short-term visual memory, visuomotor coordination, and concentration. The PSI assessed his ability to rapidly identify, register, and implement decisions about visual stimuli. His performance across subtests in the PSI was Borderline compared to other adults his age (PSI = 79, PR = 8, CI = 73-89).

### Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 13 | 4 | 2 | 4 | 1.16 |
| Vocabulary | 15 | 5 | 5 | 5 | 0.73 |
| Information | 4 | 5 | 5 | 5 | 0.90 |

### Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 20 | 5 | 5 | 5 | 1.20 |
| Matrix Reasoning | 6 | 3 | 1 | 3 | 1.04 |
| Visual Puzzles | 7 | 5 | 5 | 5 | 0.95 |

### Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 23 | 7 | 16 | 7 | 0.90 |
| Arithmetic | 10 | 7 | 16 | 7 | 1.20 |

### Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 19 | 5 | 5 | 5 | 1.31 |
| Coding | 56 | 7 | 16 | 7 | 1.16 |

## DIAGNOSIS

| | |
|---|---|
| Axis I: | F31.32 Bipolar I Disorder, Moderate, most recent episode depressed |
| | F41.1 Generalized Anxiety Disorder |
| Axis II: | F70 Intellectual Disability, Mild |
| Axis III: | None |
| Axis IV: | Occupational/Social issues |
| Axis V: | Current GAF = 55 |

## PROGNOSIS

Mr. Crews' symptoms indicate a poor prognosis.

CREWS, DAWSON
Page 6 of 6

## SUMMARY AND RECOMMENDATIONS

Dawson Ladale Crews is a 21 year old male seeking disability due to "learning disorder, vision problems, depression and anxiety." Based upon his presentation during the interview and results of testing, it is believed that Mr. Crews meets the diagnostic criteria for Bipolar I Disorder, Moderate, most recent episode depressed (DSM 5: F31.32), Generalized Anxiety Disorder (DSM 5: F41.1) and Intellectual Disability, Mild (DSM 5: F70). Mr. Crews may benefit from a complete psychiatric medication evaluation and vocational rehabilitation to help him be as impendent as possible.

*Stephanie Milne, Psy.D., BCB*
_____
Stephanie Milne, Psy.D., BCB
Licensed Psychologist, PY9283