*Client Sessions for Crews, Dawson (N/A)*

| | | |
|---|---|---|
| *Session Status* | | All Statuses |
| *Session Type* | | All Types |
| *From Date* | | |
| *To Date* | | |

| Site | Status | Service | Day | Date | Start Time | Length |
|---|---|---|---|---|---|---|
| **Assessment** | | | | | | |
| STARKE | COM | Assessment | Wednesday | 01/23/2019 | 02:30 PM | 60 |
| STARKE | NSU | Assessment | Wednesday | 01/09/2019 | 02:30 PM | 60 |
| **SO Group** | | | | | | |
| STARKE | NSE | SO Group | Wednesday | 10/09/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSU | SO Group | Wednesday | 10/02/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 09/25/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 09/18/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSU | SO Group | Wednesday | 09/11/2019 | 03:30 PM | 01:30:00 |
| STARKE | CAN | SO Group | Wednesday | 09/04/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSU | SO Group | Wednesday | 08/28/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 08/21/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 08/14/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 08/07/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 07/31/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 07/24/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSE | SO Group | Wednesday | 07/17/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 07/10/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSU | SO Group | Wednesday | 07/03/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 06/26/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 06/19/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 06/12/2019 | 03:30 PM | 01:30:00 |

| Site | Status | Service | Day | Date | Start Time | Length |
|------|--------|---------|-----|------|-----------|--------|
| STARKE | COM | SO Group | Wednesday | 06/05/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 05/29/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSU | SO Group | Wednesday | 05/22/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 05/15/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSE | SO Group | Wednesday | 05/08/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSU | SO Group | Wednesday | 05/01/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 04/24/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 04/17/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 04/10/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 04/03/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 03/27/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 03/20/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 03/13/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 03/06/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 02/27/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 02/20/2019 | 03:30 PM | 01:30:00 |
| STARKE | NSU | SO Group | Wednesday | 02/13/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 02/06/2019 | 03:30 PM | 01:30:00 |
| STARKE | COM | SO Group | Wednesday | 01/30/2019 | 03:30 PM | 01:30:00 |